# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-02604-REB-MJW

JUSTINA JODOIN-HASSETT,

    Plaintiff,

v.

PIZZA HUT, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the parties' **Stipulated Motion To Dismiss With Prejudice** [#30] filed August 18, 2008. After reviewing the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#30] filed August 18, 2008, is **GRANTED**;

2. That the Trial Preparation Conference set for February 20, 2009, is **VACATED**;

3. That the jury trial set to commence March 9, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 19, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**